HIGHLAND REST, INC., Appellant, v. ROBERT MOSES, as Commissioner of Parks of the City of New York, and THE CITY OF NEW YORK, Respondents.— No. 834. Motion to add appeal to June term calendar denied. No. 835. Motion for a stay denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of ALLAN CHAIMAS for Admission to the Bar. (From the Commonwealth of Massachusetts.)— Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of JAMES F. KIERNAN, Respondent, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of JOSEPH LOVEJOY for Admission to the Bar. (From the Commonwealth of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of J. PAUL RATCLIFFE for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of LEON ROBBIN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of WALTER H. SEWARD for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ANNIE BASHIN, Respondent, v. NELLO CELLI, BLAKENEY C. TRACE and WAYNE C. TRACE, Appellants. ANNIE BASHIN, Respondent, v. NELLO CELLI, Appellant, and Others, Defendants.— Resettled order granting plaintiff's motion for judgment on the pleadings and denying defendants' application for leave to plead over, made on the argument of the motion for judgment, reversed on the law and the facts, with ten dollars costs and disbursements, plaintiff's motion for judgment denied, with ten dollars costs, and motion for leave to plead over granted as to defendant Celli, his amended answer to be served within ten days from the entry of the order herein. In our opinion, there are issues to be tried and equities to be adjusted. The defendants Trace, holders of a third mortgage, not being parties to the transactions between plaintiff and defendant Celli, can do no more than deny knowledge or information sufficient to form a belief as to the allegations of the complaint, and plaintiff should not have judgment on the pleadings against them. In view of this decision, the appeal by defendant Celli from the order dated April 11, 1934, is dismissed. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.